IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| MALIK BALLARD,<br>            Plaintiff,<br><br>      v.<br><br>THE CITY OF PHILADELPHIA et al.,<br>            Defendants. | CIVIL ACTION<br>NO. 14-4740 |

## ORDER

AND NOW, this 9th day of April, 2015, upon consideration of the Motion for Judgment on the Pleadings filed by Defendants City of Philadelphia ("the City"), Commissioner Charles Ramsey ("Cmmr Ramsey"), and Officer Edward M. Ashburn ("P.O. Ashburn") (collectively "moving Defendants"), (Dkt No. 14), Plaintiff's Response, (Dkt No. 15), and moving Defendants' Reply, (Dkt No. 18), it is hereby ORDERED that said Motion is GRANTED IN PART AND DENIED IN PART:

- The Court GRANTS IN PART AND DENIES IN PART said Motion regarding claims against the City. All claims against the City are dismissed **except** the claim regarding Plaintiff's theory of liability that the City's Policy caused Defendants to withhold exculpatory evidence from the probable cause determination process leading to an arrest warrant being issued for Plaintiff;

- The Court GRANTS said Motion regarding all claims against Cmmr Ramsey in both his official and individual capacities. All claims against Cmmr Ramsey are dismissed;

- The Court GRANTS said Motion regarding all claims against P.O. Ashburn. All claims against P.O. Ashburn are dismissed.

BY THE COURT:

/s/ C. Darnell Jones, II

_____

C. Darnell Jones, II    J.